IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILIP G. HANSON                                                                                       PLAINTIFF

           v.                              Civil No. 12-5238

UNITED STATES MARSHALS SERVICE,
Western District of Arkansas; HAROLD
OGLESBY, U.S. Marshal, Western
District of Arkansas; DEWAYNE ALLEN,
Deputy Marshal; WASHINGTON COUNTY
JAIL; WASHINGTON COUNTY SHERIFF
TIM HELDER; DR. HOWARD, jail doctor; and
NURSE RHONDA                                                                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

By order entered on April 8, 2013 (Doc. 18), the Plaintiff's motion to amend his complaint was granted. Plaintiff was directed to file an amended complaint by April 30, 2013.

To date, Plaintiff has failed to file his amended complaint. He has not requested an extension of time to do so. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to obey the order of the Court and failure to prosecute this action.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

-1-

AO72A
(Rev. 8/82)

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May 2013

/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  CHIEF UNITED STATES MAGISTRATE JUDGE