```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

PHILIP G. HANSON                                         PLAINTIFF

       v.              Civil No. 12-5238

UNITED STATES MARSHALS SERVICE,
Western District of Arkansas;
HAROLD OGLESBY, U.S. Marshal, Western
District of Arkansas; DEWAYNE ALLEN,
Deputy Marshal; WASHINGTON COUNTY JAIL;
WASHINGTON COUNTY SHERIFF TIM HELDER;
DR. HOWARD, jail doctor; and
NURSE RHONDA                                            DEFENDANTS

## O R D E R

Now on this 30th day of May 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #19), filed on May 8, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #19) is hereby **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren  
                                     JIMM LARRY HENDREN  
                                     UNITED STATES DISTRICT JUDGE